ACCEPTED
15-25-00066-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 1:16 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 1:16:06 PM
CHRISTOPHER A. PRINE
Clerk

**TERRY ADAMS**
  CHIEF JUSTICE

**VERONICA RIVAS-MOLLOY**
**AMPARO (AMY) GUERRA**
**DAVID M. GUNN**
**JENNIFER CAUGHEY**
**KRISTIN M. GUINEY**
**CLINT MORGAN**
**ANDREW JOHNSON**
**SUSANNA DOKUPIL**
  JUSTICES

DEBORAH M. YOUNG
CLERK OF THE COURT

ANNE MARIE GREENWOOD
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

Tuesday, May 13, 2025

The Honorable Christopher A. Prine
Clerk of the Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 7711

**RE:**    Response to the Fifteenth Court of Appeal's Intent to Transfer Case to the First Court of Appeals

Court of Appeals Number:  15-25-00066-CV
Trial Court Case Number:   1240384

**Style:**  Dominique Cunningham
         **v.** Harris County Justice of Peace Honorable Judge Steve Double

Dear Mr. Prine:

On May 1, 2025, the Fifteenth Court of Appeals notified the First Court of Appeals of its intention to transfer this appeal to our Court on its own initiative. *See* Tex. R. App. P. 27a(c)(2). No objection was filed within 10 days. *See* Tex. R. App. P. 27a(c)(2)(B)(i).

The First Court of Appeals hereby agrees, within 20 days after receiving notice from the Fifteenth Court of Appeals, with the transfer of this appeal for the reasons stated by the Fifteenth Court of Appeals. *See* Tex. R. App. P. 27a(c)(2)(C).

Sincerely,

Terry Adams
Chief Justice

cc:  Dominique Cunningham
     The Honorable Steven M. Duble

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100771108
Filing Code Description: Letter
Filing Description: Response Letter
Status as of 5/13/2025 1:20 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dominique Cunningham | | dominiquedenise.c@gmail.com | 5/13/2025 1:16:06 PM | SENT |
| Steven Duble | | myjp12@jp.hctx.net | 5/13/2025 1:16:06 PM | SENT |